The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In re:

SETH BASIL COLCHESTER,

      Petitioner

  and

JEWEL LAZARO,

      Respondent

NO. 2:20-CV-01571-JCC

ACCEPTANCE OF SERVICE

## ACCEPTANCE OF SERVICE

1. I, <u>AARON P. BRECHER,</u> attorney for JEWEL LAZARO, accepted service on October 25, 2020 of the following documents on behalf of Respondent that were filed in Snohomish County Superior Court Case No. 18-2-07242-31 and executed this acceptance of service on the date below:

| Document Title | Date of Document |
| --- | --- |
| Petition for Return of Child | 7/20/2020 |
| Memorandum of Law re the Convention of the Civil Aspects of International Child Abduction | 7/20/2020 |
| Declaration of Seth Colchester in Support of Petition for Return of Child | 7/20/2020 |

ACCEPTANCE OF SERVICE
Page **1** of 3

Acceptance of Service

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

| | |
|---|---|
| Sealed Confidential Report | 7/20/2020 |
| Proposed Order re Return of Child | 7/20/2020 |
| Petition for Issuance of Writ of Habeas Corpus | 7/20/2020 |
| Proposed Order to Issue Writ of Habeas Corpus | 7/20/2020 |
| Proposed Warrant in Aid of Writ of Habeas Corpus | 7/20/2020 |
| Proposed Writ of Habeas Corpus | 7/20/2020 |
| ORDER TO ISSUE WRIT OF HABEAS CORPUS | 7/20/2020 |
| WARRANT IN AID OF WRIT OF HABEAS CORPUS | 7/24/2020 |
| WRIT OF HABEAS CORPUS | 7/24/2020 |

2.  **Personal Jurisdiction** *(check one):*

☒  I **agree** this court has jurisdiction over my client for this case.

Signing this form means you agree that you have *received* the court papers for this case. It does not mean that you *agree* with the papers.

If you sign below, you must also list an address where you agree to accept legal papers for this case. This may be a lawyer's address or any other address.

Dated this 4th day of November, 2020.

/s/ Aaron P. Brecher
Aaron P. Brecher
WSBA NO. 47212
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, WA 98104
abrecher@orrick.com
Attorney for Respondent Jewel Lazaro

ACCEPTANCE OF SERVICE
Page **2** of **3**

Acceptance of Service

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

**CERTIFICATE OF SERVICE**

I, Aaron P. Brecher, certify that on November 4, 2020, I electronically filed the Acceptance of Service with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED this 4th day of November, 2020.

/s/ Aaron P. Brecher
Aaron P. Brecher
WSBA NO. 47212
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, WA 98104
abrecher@orrick.com
Attorney for Respondent Jewel Lazaro

ACCEPTANCE OF SERVICE
Page 3 of 3

Acceptance of Service

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501