The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| In re:<br><br>SETH BASIL COLCHESTER,<br><br>    Petitioner,<br><br>v.<br><br>JEWEL LAZARO,<br><br>    Respondent. | Case No. 2:20-cv-01571-JCC<br><br>**STIPULATION AND PROPOSED ORDER QUASHING WRIT OF HABEAS CORPUS AND WARRANT IN AID OF WRIT**<br><br>Noted for Hearing: November 6, 2020 |

**STIPULATION**

1. On July 24, 2020, the Snohomish County Superior Court issued a writ of habeas corpus and warrant in aid writ of habeas corpus in Case No. 18-2-07242-31. The writ and the warrant directed the Sheriff of Snohomish County or any other peace officer in Washington to locate and take the minor child of Petitioner Seth Colchester and Respondent Jewel Lazaro into custody and deliver the child to the Snohomish County Superior Court.

2. The Superior Court's order of that same day authorized placing the minor child into the care and custody of Petitioner Seth Colchester, his designated agent, or the

STIPULATION AND PROPOSED ORDER
Case No. 2:20-cv-01571-JCC

Orrick, Herrington & Sutcliffe LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1 206 839 4300

Washington Department of Social and Health Services if the matter could not be immediately heard in Superior Court.

3.  On October 25, 2020, Ms. Lazaro's undersigned counsel accepted service of the petition commencing the Snohomish County action.[1] That same day, Ms. Lazaro removed that action to this Court. Pending any further order of the Court, this Court now has jurisdiction over the dispute.

4.  To avoid the risk of emotional harm to their minor child from being placed in foster care or with a stranger pending the outcome of this action, Mr. Colchester and Ms. Lazaro stipulate to placing their minor child in the temporary care of Ms. Donna Turner, Mr. Colchester's designated agent and the child's maternal grandmother, pending further order of the Court, written agreement of the parties, or resolution of this action and subject to the conditions here. The child will reside at Ms. Turner's home located at 524 Rhodora Heights Road, Lake Stevens, Washington, 98258, and Ms. Turner will provide supervision over the child at all times. Ms. Turner may also allow the child to be supervised by the child's maternal aunt, Jade Oliver, who resides at 114 N. French Avenue, Arlington, Washington, 98223. Ms. Lazaro shall transfer the child to Ms. Turner within three hours of filing this stipulation, and shall provide confirmation of the same through counsel. Mr. Colchester's undersigned counsel has communicated to the Snohomish County Sheriff's office that the parties were negotiating this stipulation, and the Sheriff's detective indicated that the Sheriff would temporarily cease to enforce the arrest warrant in aid of writ.

5.  Neither Ms. Turner nor Ms. Oliver will release the minor child to any person unless otherwise directed by the Court or written agreement of the parties. Both Mr.

---

[1] A formal acceptance of service was signed by Respondent's counsel and filed with the Court on November 4, 2020. Dkt. No. 6.

STIPULATION AND PROPOSED ORDER
Case No. 2:20-cv-01571-JCC

- 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1 206 839 4300

Colchester and Ms. Lazaro may continue to have videoconference calls with their minor child by Skype, FaceTime, or similar application while she is with Ms. Turner or Ms. Oliver and Ms. Turner and Ms. Oliver agree to facilitate these calls. Ms. Turner will facilitate in-person contact between the minor child and both Mr. Colchester and Ms. Lazaro, provided that both will give Ms. Turner notice at least 24-hours before any planned visit with the proposed time for the visit to ensure that Mr. Colchester and Ms. Lazaro do not come in contact with one another. Unless the parties agree in writing through counsel, Ms. Turner shall supervise all visits between the child and Mr. Colchester or Ms. Lazaro, which shall mean she shall remain in eyesight or, when this is not possible, within earshot of the child and the parent at all times. Any dispute over visitation should be raised between the parties through counsel, who may seek appropriate relief if they cannot agree to a resolution.

6.  As evidenced by their signatures below, Ms. Turner and Ms. Oliver have read this stipulation and order, they have accepted the terms of this stipulation and order, they agree to be bound by the terms, and they understand that if they violate or allows either party to violate any terms of this stipulated order, they may be held in contempt of court or otherwise may be sanctioned by the Court. By accepting the terms of this stipulation, Ms. Turner and Ms. Oliver agree that they are submitting themselves to the jurisdiction of the Court to enforce its orders. Ms. Turner and Ms. Oliver acknowledge that they may request to be relieved of this responsibility at any time by providing written notice to the Court, the parties' counsel, or the parties that they no longer desires to serve in this role; but the terms of this order shall remain binding on Ms. Turner, Ms. Oliver, and the parties until the Court has modified the order or the parties reach an alternate written agreement. Ms. Turner's or Ms. Oliver's failure to abide by the terms of this order shall be grounds for modification of the order.

STIPULATION AND PROPOSED ORDER
Case No. 2:20-cv-01571-JCC

- 3 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1 206 839 4300

7.     Subject to placing the child in Ms. Turner's care under the terms above, the writ of habeas corpus and warrant in aid of the writ serve no purpose and, once the child is in the care of Ms. Turner, are hereby quashed.

8.     Nothing in this stipulation will prejudice either party's right to litigate the factual and legal issues disputed in this action. Nor will anything in this stipulation constitute evidence of wrongdoing by either party. The parties agree that this stipulation is not an admission by either party that he or she is unfit to serve as the primary custodial parent. The parties agree that the sole purpose of this stipulation is to confirm the designation and terms of care for Mr. Colchester's agent as provided in the writ of habeas corpus and warrant in aid writ of habeas corpus originally entered in Snohomish County Case No. 18-2-07242-31. The parties agree this is not a custody order nor shall it serve as a modification of the custody orders in Spain. The parties agree that this stipulation shall not confer child custody jurisdiction to the State of Washington or the United States. By consenting to the terms of this order, the parties agree that Mr. Colchester is not consenting to personal jurisdiction in Washington State or the United States.

9.     To ensure there is no interference with any ruling of this Court relating to Mr. Colchester's petition for return of child under the Hague Convention, the Court will issue its ruling under seal, preferably with notice to the parties that a ruling is forthcoming, and dispatch a member of the U.S. Marshal's Service to Ms. Turner or Ms. Oliver (wherever the child is located) to await the unsealing of the Court's ruling and ensure that the child is transferred to the party designated by the Court. If Mr. Colchester is not within the District when the Court issues its final ruling, he may designate an agent in his stead. This provision is without prejudice to a request for modification by the parties to safeguard both parties' appellate rights.

STIPULATION AND PROPOSED ORDER
Case No. 2:20-cv-01571-JCC

- 4 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1 206 839 4300

10. A proposed order granting the parties' stipulation is below. On entry by the Court and notification to the Court that the child has been transferred to Ms. Turner, the writ of habeas corpus and warrant in aid of writ are quashed. The Clerk shall then direct notice of this stipulation and order to the Sheriff of Snohomish County, Washington and all peace officers in Washington.

STIPULATION AND PROPOSED ORDER
Case No. 2:20-cv-01571-JCC
- 5 -
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206 839 4300

Dated: November 6, 2020

| SKELLENGER BENDER PS | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|---|---|
| By: */s/ Caleb O. Bonm (by authorization)* | By: s/John W. Wolfe<br>s/Aaron P. Brecher<br>s/Melanie D. Phillips<br>s/Caitlin Sheard<br>s/Shane McCammon<br>s/Alison Epperson<br>s/Ciarra Carr |
| Caleb O. Bonm (WSBA No. 42970) | |
| 1301 Fifth Avenue, Suite 3401<br>Seattle, WA  98101-2605<br>Telephone: +1 206 623 6501<br>caleb@skellengerbender.com | John W. Wolfe (WSBA No. 8028)<br>Aaron P. Brecher (WSBA No. 47212)<br>Melanie D. Phillips (WSBA No. 48945) |
| *Attorneys for Petitioner* | 701 Fifth Avenue, Suite 5600<br>Seattle, WA  98104-7097<br>Telephone: +1 206 839 4300<br>Facsimile: +1 206 839 4301<br>jwolfe@orrick.com<br>abrecher@orrick.com<br>mphillips@orrick.com |
| | Caitlin Sheard<br>(*Pro Hac Vice* Application Forthcoming)<br>Shane McCammon<br>(*Pro Hac Vice* Application Forthcoming) |
| | Columbia Center<br>1152 15th Street N.W.<br>Washington, D.C. 20005-1706<br>Telephone: +1 202 339 8400<br>Facsimile:  +1 202 339 8500<br>csheard@orrick.com<br>smccammon@orrick.com |
| | Alison Epperson<br>(*Pro Hac Vice* Application Forthcoming)<br>Ciarra Carr<br>(*Pro Hac Vice* Application Forthcoming) |
| | 51 West 52nd Street<br>New York, NY  10019-6142<br>Telephone: +1 212 506 5000<br>Facsimile:  +1 212 506 5151<br>aepperson@orrick.com<br>ccarr@orrick.com |

STIPULATION AND PROPOSED ORDER
Case No. 2:20-cv-01571-JCC

- 6 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1 206 839 4300

|   |   |
|---|---|
|   | LAW OFFICE OF SHIRA KAUFMANN PLLC |
|   | By: */s/ Shira Kaufman* |
|   | Shira Kaufman (WSBA No. 54447)<br>(Application for admission to the District forthcoming)<br><br>2811 E. Madison Street, Suite 202<br>Seattle, WA 98112<br>Telephone: +1 206 880 0674<br>Facsimile: +1 206 548 4109<br>shirak@shirakaufmanlaw.com |
|   | *Attorneys for Respondent* |

REVIEWED AND APPROVED:

By: [signature]

Donna Turner
524 Rhodora Heights Road
Lake Stevens, Washington, 98258
Phone: 206-851-4228
Email: donnakturner64@gmail.com


By: _____

Jade Oliver
114 N. French Avenue,
Arlington, Washington 98223
Phone: 206-579-3733
Email: jadenlazaro@gmail.com

STIPULATION AND PROPOSED ORDER
Case No. 2:20-cv-01571-JCC

- 7 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206 839 4300

| | |
|---|---|
| 1 | Ciarra Carr |
| | (*Pro Hac Vice* Application Forthcoming) |
| 2 | |
| | 51 West 52nd Street |
| 3 | New York, NY  10019-6142 |
| | Telephone: +1 212 506 5000 |
| 4 | Facsimile:  +1 212 506 5151 |
| | aepperson@orrick.com |
| 5 | ccarr@orrick.com |
| 6 | |
| 7 | |
| 8 | |
| 9 | LAW OFFICE OF SHIRA KAUFMANN PLLC |
| 10 | By:   /s/ *Shira Kaufman* |
| 11 | Shira Kaufman (WSBA No. 54447) |
| | (Application for admission to the District |
| 12 | forthcoming) |
| 13 | 2811 E. Madison Street, Suite 202 |
| | Seattle, WA  98112 |
| 14 | Telephone: +1 206 880 0674 |
| | Facsimile: +1 206 548 4109 |
| 15 | shirak@shirakaufmanlaw.com |
| 16 | *Attorneys for Respondent* |
| | REVIEWED AND APPROVED: |
| 17 | By: _____ |
| 18 | |
| 19 | Donna Turner |
| | 524 Rhodora Heights Road |
| 20 | Lake Stevens, Washington, 98258 |
| | Phone: 206-851-4228 |
| 21 | Email: donnakturner64@gmail.com |
| 22 | |
| 23 | By: /s/ *Jade Oliver* |
| 24 | Jade Oliver |
| | 114 N. French Avenue, |
| 25 | Arlington, Washington 98223 |
| | Phone: 206-579-3733 |
| 26 | Email: jadenlazaro@gmail.com |
| 27 | |
| 28 | |

**ORDER**

Based on the parties' stipulation above, **IT IS SO ORDERED**. On receipt of the parties' notice that the child has been transferred to the temporary care of Ms. Turner, the Clerk shall serve a copy of this Order on the Sheriff of Snohomish County, Washington and all peace officers in Washington providing that the writ of habeas corpus and arrest warrant in aid of writ above are quashed.

Entered this 9th day of November, 2020.

*/s/ John C. Coughenour*

HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER
Case No. 2:20-cv-01571-JCC

- 8 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1 206 839 4300

## CERTIFICATE OF SERVICE

I certify that on November 6, 2020, I served a copy of the foregoing via email upon the persons below not receiving electronic notifications through the Court's CM/ECF system:

Shira Kaufman
2811 E. Madison Street, Suite 202
Seattle, WA 98112
Telephone: +1 206 880 0674
Facsimile: +1 206 548 4109
shirak@shirakaufmanlaw.com

Donna Turner
524 Rhodora Heights Road
Lake Stevens, Washington, 98258
Email: donnakturner64@gmail.com

Jade Oliver
114 N. French Avenue
Arlington, Washington, 98223
Email: jadenlazaro@gmail.com

Ian Johnson
Anderson Hunter Law Firm, P.S.
2707 Colby Avenue, Suite 1001
Everett, WA 98201
ijohnson@andersonhunterlaw.com

Respectfully submitted,

*s/Aaron P. Brecher*
Aaron P. Brecher (WSBA No. 47212)

Attorney for Respondent

STIPULATION AND PROPOSED ORDER
Case No. 2:20-cv-01571-JCC

- 9 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206 839 4300