The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

SETH BASIL COLCHESTER,

    Petitioner

   and

JEWEL LAZARO,

    Respondent

Case No. 2:20-CV-01571-JCC

DECLARATION OF KITTY COLCHESTER

I, Kitty Colchester, declare as follows:

1. I am over the age of 18 and competent to testify. I make this declaration based on my firsthand knowledge and in support of my brother, Petitioner Seth Basil Colchester.

2. I first met Jewel Lazaro at my grandmother's funeral, in January 2014. I liked Jewel and she seemed to fit in and get on well with all the family. We chatted a lot.

3. In one of our conversations, she told me she wanted to have a child. I did not think my brother would have wanted a child that early in their relationship. I thought Jewel was just feeling broody and that it would pass.

DECLARATION OF KITTY COLCHESTER – 1

3246260

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

4. About three months later, in April 2014, Jewel called me to tell me she was pregnant, and Seth was the father. I was delighted there would finally be a baby in our family. After jumping up and down in excitement, I asked Jewel how this happened, as I knew she and Seth were not getting on very well at that time. She said it was an accident.

5. My family hosted them when they moved to Ireland to await the child's birth. As she was pregnant at that time, we had no expectations that she helped work in the farm, nor did we ever push or pressure her to do so.

6. Jewel informed me of an incident in Jenkintown, where she claims that Seth hurt her. I personally saw Jewel when they returned from that drive, and she seemed fine and in fact, she did not show me any bruises then or days later. If the entire left side of her body were indeed bruised, I would have noticed. I did not tell her she deserved those bruises as she is now alleging, because I did not even see bruises, nor did she show me any.

7. I observed how messy their relationship was during that period. I personally had become tired of her constant drama and being sucked in by her inner turmoil. I noticed how it was affecting my brother too. He had changed since he met her, and as a family, we could see he was struggling with the constant conflicts in his relationship, in addition to the pressure of the pending arrival of his first child. There was also the added pressure of supporting her financially and starting a new business in Ireland. And yet, while this was a highly stressful time for Seth, he continued to support Jewel throughout her pregnancy. He never hurt her.

8. I still care for Jewel and will continue to treat her as family, as I have always done. In fact, Jewel came to visit us with a friend of hers in October 2017. She showed her

DECLARATION OF KITTY COLCHESTER – 2

3246260

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

friend around the farm and spent a few days with us, and I thought we got on well. She also visited a few more times since then. If my family and I and were as terrible or abusive as she claims in her declarations, she would not have visited us willingly. I am saddened that she continues to lie about Seth and our whole family.

9. I am deeply worried about the effect this is having on my brother, and more importantly, their child. Jewel has created endless drama, has been inconsistent and has behaved erratically. I wish stability for my niece and believe that Seth could provide that for her in Spain. I wish for Jewel and Seth to be stable and civil co-parents, and as their family, I will help them where I can.

I declare under the penalty of perjury under the laws of the state of Washington and the United States of America that the foregoing is true and correct.

Dated this 10 day of December, 2020 at Arran, Ireland,

_____
Kitty Colchester

DECLARATION OF KITTY COLCHESTER – 3

skellengerbender

3246260

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501