THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: | CASE NO. C20-1571-JCC |
| SETH BASIL COLCHESTER, | ORDER |
| Petitioner, | |
| v. | |
| JEWEL LAZARO, | |
| Respondent. | |

This matter comes before the Court on the parties' stipulated and unopposed motions to seal (Dkt. Nos. 8, 20, 27). The Court starts from the position that "[t]here is a strong presumption of public access to [its] files." W.D. Wash. Local Civ. R. 5(g)(3); *see Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978). To overcome that presumption, the movant must show that there are "compelling reasons" to seal the documents at issue. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016) (holding that the "compelling reasons" standard applies to any motion that "is more than tangentially related to the merits of a case"). The Court finds compelling reasons to seal the documents, which contain sensitive and confidential information that, if made public, could cause irreparable harm. Accordingly, the court GRANTS the motion to seal (Dkt. Nos. 8, 20, 27) and DIRECTS the Clerk to maintain Docket Numbers 9, 10, 11, 11-1, 21, 30, 51, 51-1 under seal until further order of the Court.

ORDER
C20-1571-JCC
PAGE - 1

DATED this 23rd day of December 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C20-1571-JCC
PAGE - 2