THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br>SETH BASIL COLCHESTER,<br><br>　　　　　　　Petitioner,<br>　　v.<br><br>JEWEL LAZARO,<br><br>　　　　　　　Respondent. | CASE NO. C20-1571-JCC<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　　This matter comes before the Court on the parties' joint status report (Dkt. No. 54). The parties seek an expedited resolution of this matter and ask the Court for a status conference to determine a trial date and related case management dates. Accordingly, the parties are ORDERED to appear for a remote status conference at 10 a.m. on January 21, 2021. The parties are DIRECTED to contact the Courtroom Deputy Clerk for remote hearing information.

　　　　DATED this 19th day of January 2021.

　　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　s/Paula McNabb
　　　　　　　　　　　　　　　　　　　　Deputy Clerk