THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SETH BASIL COLCHESTER, | CASE NO. C20-1571-JCC |
| Petitioner, | MINUTE ORDER |
| v. | |
| JEWEL LAZARO, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report (Dkt. No. 54) and the January 27, 2021 status conference regarding disposition of Mr. Colchester's Petition for Return of a Child Under the Convention on the Civil Aspects of International Child Abduction (Dkt. No. 1-1). The Court hereby enters the following case scheduling dates:

| | |
|---|---|
| Petitioner's Pretrial Statement served | February 5, 2021 |
| Respondent's Pretrial Statement served | February 8, 2021 |
| Proposed Pretrial Order filed | February 15, 2021 |
| Proposed Findings of Fact/Conclusions of Law filed | February 17, 2021 |
| Trial Briefs filed | February 17, 2021 |

Evidentiary Hearing (4 days)                           February 22, 2021

    DATED this 27th day of January 2021.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk
