UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SETH BASIL COLCHESTER, | CASE NO. C20-1571 MJP |
| Petitioner, | MINUTE ORDER |
| v. | |
| JEWEL LAZARO, | |
| Respondent. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Parties appeared before the Court for a status conference today. Per the Court's oral order, the Parties are directed to meet and confer and submit a joint status report by November 30, 2021 with a proposed plan for this proceeding that addresses the following: (1) any relevant updates in the circumstances of the Parties and the minor child S.L.C., including any changes in custody arrangements; (2) where S.L.C. should live, and under whose care, while this proceeding is pending; (3) the psychological evaluation of S.L.C.; (4) briefing for any motions; (5) any

MINUTE ORDER - 1

additional discovery; (6) proposed trial dates and length of trial; and (7) any other issues pertaining to the case schedule the Parties can reach agreement on or need the Court to address.

The clerk is ordered to provide copies of this order to all counsel.

Filed November 23, 2021.

Ravi Subramanian  
Clerk of Court

s/Serge Bodnarchuk  
Deputy Clerk

MINUTE ORDER - 2