UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SETH BASIL COLCHESTER,<br><br>              Petitioner,<br><br>      v.<br><br>JEWEL LAZARO,<br><br>              Respondent. | CASE NO. C20-1571 MJP<br><br>ORDER APPROVING PROPOSED BRIEFING SCHEDULE |

This matter is before the Court on the Parties' joint status report. (Dkt. No. 118.) The Parties proposed a briefing schedule for motions addressing disputes over the Court's jurisdiction, where S.L.C. should reside while this proceeding is pending, the psychological examination of S.L.C., the need for additional discovery, the scope of the trial on remand, and related issues. The Parties propose filing simultaneous motions of 30 pages per side by January 31, 2022 and response briefs of 15 pages per side by February 10, 2022. The proposed page limits exclude captions, tables, signature blocks, and supporting materials. The Parties' proposed briefing schedule is SO ORDERED.

The clerk is ordered to provide copies of this order to all counsel.

Dated January 4, 2022.

*Marsha J. Pechman*
Marsha J. Pechman
United States Senior District Judge