UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SETH BASIL COLCHESTER, | CASE NO. C20-1571 MJP |
| Petitioner, | MINUTE ORDER |
| v. | |
| JEWEL LAZARO, | |
| Respondent. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

Per the Court's previous Minute Order, (see Dkt. No. 115), the Parties are directed to propose dates for the close of discovery and for trial, including the anticipated length of trial, within 14 days. This Minute Order is without prejudice to the Parties' anticipated motions. (See Dkt. No. 118.)

The clerk is ordered to provide copies of this order to all counsel.

Filed January 4, 2022.

MINUTE ORDER - 1

| | |
|---|---|
| 1 | Ravi Subramanian |
| | Clerk of Court |
| 2 | |
| | s/Serge Bodnarchuk |
| 3 | Deputy Clerk |

MINUTE ORDER - 2