UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Seth Basil Colchester,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>Jewel Lazaro,<br><br>　　　　　Respondent. | CASE NO. C20-1571 MJP<br><br>ORDER REQUESTING RESPONSE TO MOTION FOR RECONSIDERATION |

This matter is before the Court on Petitioner's motion for reconsideration. (Dkt. No. 135.) The Court requests a response from Respondent so that the issues Petitioner raises may be considered in full. Reconsideration will be limited to the following two issues: (1) whether a Spanish court order makes it impossible for the psychological evaluation to take place anywhere other than in Spain; and (2) if the Spanish court order does not prevent Petitioner from traveling with S.L.C. outside of Spain, where and with whom S.L.C. shall reside in Washington during the psychological evaluation.

1 | Respondent shall file her response by March 25, 2022. The motion is re-noted to that
2 | date. In addition, Petitioner submitted exhibits that are not yet translated. He shall file
3 | translations of exhibits B, C, and D by March 23.
4 | The clerk is ordered to provide copies of this order to all counsel.
5 | Dated March 18, 2022.

Marsha J. Pechman
United States Senior District Judge