UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SETH BASIL COLCHESTER,<br><br>                    Petitioner,<br><br>     v.<br><br>JEWEL LAZARO,<br><br>                    Respondent. | CASE NO. C20-1571 MJP<br><br>ORDER ON STIPULATED PROTECTIVE ORDER |

This matter is before the Court on the Parites' stipulated protective order. (Dkt. No. 152.) The Parties' stipulated protective order is SO ORDERED.

IT IS FURTHER ORDERED that pursuant to Fed. R. Evid. 502(d), the production of any documents in this proceeding shall not, for the purposes of this proceeding or any other federal or state proceeding, constitute a waiver by the producing party of any privilege applicable to those documents, including the attorney-client privilege, attorney work-product protection, or any other privilege or protection recognized by law.

The clerk is ordered to provide copies of this order to all counsel.

ORDER ON STIPULATED PROTECTIVE ORDER - 1

Dated April 26, 2022.

Marsha J. Pechman
United States Senior District Judge