UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SETH BASIL COLCHESTER,<br><br>                Petitioner,<br><br>     v.<br><br>JEWEL LAZARO,<br><br>                Respondent. | CASE NO. C20-1571 MJP<br><br>ORDER DENYING JOINT MOTION TO CONTINUE TRIAL |

This matter comes before the Court on the Parties' Joint Motion to Continue Trial Date from June 27-30, 2022 until on or after August 22, 2022 (Dkt. No. 155.) Having reviewed the Motion and all supporting materials, the Court DENIES the Motion.

The Parties ask the Court to extend the trial date while they negotiate settlement or the possibility of alternative dispute resolution. The motion contains no specific facts to establish continuance until on or after August 22, 2022. This case is brought pursuant to the Hague Convention on the Civil Aspects of International Child Abduction and the International Child Abduction Remedies Act, which generally expect courts to hear and issue a ruling within six

weeks. Hague Convention, arts. 2, 11, 19 I.L.M. at 1501-02; Colchester v. Lazaro, 16 F.4th 712, 717 (9th Cir. 2021).

Therefore, IT IS ORDERED that the Parties' request for a continuance is DENIED without prejudice. The Parties may schedule a time to meet with the Court to discuss the need for a continuance further.

The clerk is ordered to provide copies of this order to all counsel.

Dated June 9, 2022.

Marsha J. Pechman
United States Senior District Judge

ORDER DENYING JOINT MOTION TO CONTINUE TRIAL - 2