UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SETH BASIL COLCHESTER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JEWEL LAZARO,<br><br>　　　　　　Defendant. | CASE NO. 2:20-cv-01571-MJP<br><br>ORDER GRANTING STIPULATED NOTICE OF VOLUNTARY DISMISSAL |

　　This comes before the Court on Petitioner Seth Colchester and Respondent Jewel Lazaro's stipulated voluntary dismissal of this action. (Dkt. No. 159.) The Parties stipulate to dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)-(B). IT IS SO STIPULATED.

　　Pursuant to the parties' stipulation, the Court HEREBY DISMISSES this case with prejudice.

　　The clerk is ordered to provide copies of this order to all counsel.

　　//

ORDER GRANTING STIPULATED NOTICE OF VOLUNTARY DISMISSAL - 1

Dated June 27, 2022.

*Marsha J. Pechman*
Marsha J. Pechman
United States Senior District Judge